UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>Plaintiff,<br><br>v.<br><br>INTERCOM SECURITY,<br><br>Defendant. | No. 2:19-cv-01355-MCE-CKD (PS)<br><br><br><br>ORDER |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On September 17, 2019, the magistrate judge filed findings and recommendations herein which were attempted to be served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2019, ECF No. 3, are ADOPTED in full;

2. The action is DISMISSED for lack of subject matter jurisdiction pursuant to the

substantiality doctrine;

3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED as moot; and

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: November 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE